1  WENDY MEDURA KRINCEK, ESQ., Bar # 6417
   AMY L. BAKER, ESQ., Bar #11907
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
3  Suite 300
   Las Vegas, NV  89169-5937
4  Telephone:    702.862.8800
   Fax No.:       702.862.8811
5
   Attorneys for Defendant
6  Sears, Roebuck and Co.

7
                      UNITED STATES DISTRICT COURT
8
                            DISTRICT OF NEVADA
9

10
   JULIE APPEL,                              Case No. 2:15-cv-01735-APG-GWF
11
                      Plaintiff,
12
   vs.                                       **STIPULATION AND ORDER TO
13                                           CONTINUE THE EARLY NEUTRAL
   SEARS MANAGEMENT HOLDING                  EVALUATION SESSION**
14 COMPANY, a corporation, d.b.a SEARS,
   ROEBUCK AND CO., a Nevada foreign         **[FIRST REQUEST]**
15 corporation; SCOTT BRIDGES, an
   individual; DOES I through V; and DOE
16 CORPORATIONS VI through X,
   inclusive,
17
                      Defendant.
18

19         Pursuant to LR 6-1 and LR 26-4, Plaintiff JULIE APPEL ("Plaintiff") and Defendant

20 SEARS, ROEBUCK AND CO. ("Defendant"), by and through their respective counsel, stipulate and

21 agree to continue the Early Neutral Evaluation (ENE) Session presently scheduled for March 11,

22 2016, at 9:00 a.m., before Honorable C.W. Hoffman, Jr. (Dkt. #9).  The parties request to reschedule

23 the ENE to a date convenient for the Court and mutually agreeable between the parties.  As such, the

24 parties are available and propose the following dates for the Court's consideration to reschedule the

25 ENE session:

26         • May 18, 2016

27         • May 25, 2016

28

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

1    The parties request this continuance due to a scheduling conflict on the part of Defendant's

2    counsel, Wendy Medura Krincek and Amy L. Baker.  Accordingly, the requested continuance is

3    sought in good faith, and not for the purpose of undue delay.

4    Dated:  February 5, 2016                          Dated:  February 5, 2016

5    Respectfully submitted,                           Respectfully submitted,

6

7    /s/ Dana M. Cotham                                /s/ Amy L. Baker
     DANA M. COTHAM, ESQ.                              WENDY MEDURA KRINCEK, ESQ.
8                                                      AMY L. BAKER, ESQ.
                                                       LITTLER MENDELSON, P.C.
9    Attorney for Plaintiff
     Julie Appel                                       Attorneys for Defendant
10                                                     Sears, Roebuck and Co.

11

                                    **ORDER**
12

13   IT IS ORDERED that the Early Neutral Evaluation session is reset for Wednesday, May 18,
     2016.  Plaintiff must report to the chambers of the undersigned at 8:30 a.m.  Defendant must
14   report to the chambers of the undersigned at 9:00 a.m.  The parties' written evaluation
     statements must be submitted to the chambers of the undersigned by 12:00 p.m. on
15   Wednesday, May 11, 2016.
     DATED: February 8, 2016
16

17   _____
                                    C.W. Hoffman, Jr.
18                                  United States Magistrate Judge

19

20
     Firmwide:138295040.1 016144.1374
21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.