WENDY MEDURA KRINCEK, ESQ., Bar # 6417
AMY L. BAKER, ESQ., Bar #11907
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:     702.862.8800
Fax No.:        702.862.8811
Email:          wkrincek@littler.com
               abaker@littler.com

Attorneys for Defendant
Sears, Roebuck and Co.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JULIE APPEL,<br><br>             Plaintiff,<br><br>vs.<br><br>SEARS MANAGEMENT HOLDING COMPANY, a corporation, d.b.a SEARS, ROEBUCK AND CO., a Nevada foreign corporation; SCOTT BRIDGES, an individual; DOES I through V; and DOE CORPORATIONS VI through X, inclusive,<br><br>             Defendant. | Case No. 2:15-cv-01735-APG-GWF<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

        Plaintiff JULIE APPEL ("Plaintiff") and Defendant SEARS, ROEBUCK AND CO. ("Defendant"), by and through their respective counsel, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

1    Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and

2  Order.

3

4  Dated: July 1, 2016                           Dated: July 1, 2016

5  Respectfully submitted,                       Respectfully submitted,

6

7  /s/ Dana M. Cotham                            /s/ Wendy Medura Krincek
   DANA M. COTHAM, ESQ.                          WENDY MEDURA KRINCEK, ESQ.
                                                 AMY L. BAKER, ESQ.
8                                                LITTLER MENDELSON, P.C.

9  Attorney for Plaintiff
   Julie Appel                                   Attorneys for Defendant
10                                               Sears, Roebuck and Co.

11
                                                 **ORDER**
12
                                                 IT IS SO ORDERED.
13

14

15  _____

16  UNITED STATES DISTRICT JUDGE
    Dated:  July 1, 2016

17

18

19

20  Firmwide:141309612.1 016144.1374

21

22

23

24

25

26

27

28
                                        2.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800